UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. IRVING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:12CV183 FRB ) |
| KEVIN CULTON, et al., | ) ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Unknown Stanstore, Unknown Nunn, Unknown Taylor, Unknown Warden, Unknown Harper, Tim Lancaster, Unknown Huitt, Brian Allen, and Larry Hines, plaintiff's complaint is **DISMISSED** without prejudice.

Dated this 15th day of March, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE