# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. IRVING, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:12CV183 FRB |
| KEVIN CULTON, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to file an amended complaint. Plaintiff's proposed amended complaint is not signed. Under Rule 11 of the Federal Rules of Civil Procedure, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." As a result, the Court will order the Clerk to return the amended complaint to plaintiff so that plaintiff may sign it and return it to the Court for filing. If plaintiff fails to comply with this Order, the Court will deny plaintiff's motion to file an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the proposed amended complaint (Docket No. 48-1) to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff shall sign the amended complaint and return it to the Court within twenty-one (21) days of the date of this Order.

Dated this 17th day of July, 2012.

*Frederick R. Buckles*
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE