UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. IRVING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12CV183 FRB |
| ) | |
| KEVIN CULTON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Defendants Heather Paul and Jamie Crump have not been served with process in the time allowed by Rule 4(m) of the Federal Rules of Civil Procedure. On October 4, 2012, the Court directed plaintiff to provide the Court with addresses where these defendants could be served. Plaintiff has not responded to the Order. As a result, the Court will dismiss these defendants under Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Heather Paul and Jamie Crump are **DISMISSED** from this action without prejudice.

Dated this 30th day of October, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE