UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. IRVING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12CV183 FRB |
| | ) |
| KEVIN CULTON, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

On July 24, 2013, defendant Heather Cofer filed a Motion for Summary Judgment on the claims made in plaintiff's Amended Complaint, with Memorandum and Exhibits in Support (Docket Nos. 110 and 111). Plaintiff has not filed any memorandum in opposition to defendant Cofer's Motion for Summary Judgment and the time for doing so has passed. See Local Rule 4.01(B), Eastern District of Missouri (a party opposing a motion for summary judgment under Fed. R. Civ. P. 56 shall file a memorandum and any appropriate documentary evidence twenty-one (21) days after being served with the motion).

Because the plaintiff is proceeding pro se in this cause, and in an abundance of caution, this Court will grant plaintiff additional time, to and including **October 15, 2013**, by which to file any memorandum in opposition to defendant Cofer's Motion for Summary Judgment. If no memorandum in opposition is filed by that date, the Court will proceed to take up and rule

the motion.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _24th_  day of September, 2013.